## UNITED STATES BANKRUPTCY COURT
### Western District of Illinois

IN RE:                                              CHAPTER 13
CHRISTOPHER M. MOSKI
LAURA L. MOSKI                                      CASE NO. 10-72421

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:   Carrington Mortgage Services LLC        Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 1074

| Final Cure Amount | |
|---|---|
| Amount of Prepetition Arrears | $4304.96 |
| Amount Paid by Trustee | $4304.96 |

| Monthly ongoing Mortgage Payment |
|---|
| Mortgage is paid: |
| ☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   6/25/2015                    /s/Lydia S. Meyer_____
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 25th Day of June, 2015.

Dated:   6/25/2015                    /s/Cynthia K. Burnard_____

CARRINGTON MORTGAGE SERVICES, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3730
ANAHEIM, CA 92806

BAC HOME LOANS SERVICING
ATTN:  CUST SERVICE CA6-919-01-41
PO BOX 5170
SIMI VALLEY, CA  90362-5170

JILL LUETKENHAUS  #6299380
KOZENY & MCCUBBIN ILLINOIS LLC
105 WEST ADAMS STREET  SUITE 1850
CHICAGO, IL 60603

CHRISTOPHER M. MOSKI
LAURA L. MOSKI
8513 CROOKED BEND ROAD
MACHESNEY PARK, IL  61115

BALSLEY & DAHLBER LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111